UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BEATRICE EAKELS

VERSUS

ALLSTATE INSURANCE COMPANY

CIVIL ACTION

NO. 10-657-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 3, 2011. Defendant has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to remand (rec. doc. no. 5) is granted and this matter will be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, January 25, 2011.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

19th JDC